# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )  Plaintiff, ) ) v. ) ) EDWARD M. WATSON, ) ) Defendant, ) | Criminal No. 10-CR-30238-WDS |

## MEMORANDUM & ORDER

**STIEHL, District Judge:**

On July 18, 2011, the United States of America and defendant Edward M. Watson consented to appear before Magistrate Judge Donald G. Wilkerson pursuant to Federal Rule of Criminal Procedure 11 and SDIL Rule 72.1(b)(2). At that time, the defendant entered a plea of guilty to Counts 1 and 2 of the Indictment.

On July 18, 2011, Judge Wilkerson submitted a Report recommending that the undersigned District Judge accept the plea of guilty, that a presentence investigation and report be prepared, and that the Defendant be adjudicated guilty and have sentence imposed accordingly (Doc. 40).

The Report included a notice to the parties informing them of their right to appeal by way of filing "Objections" within fourteen (14) days of service of the Report and Recommendation. Neither party has filed an objection, therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985); *Video Views Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).**

Accordingly, the undersigned District Judge **ADOPTS** Magistrate Judge Wilkerson's

Report and Recommendation (Doc. 40), **ACCEPTS** defendant Edward M. Watson's plea of guilty, and **ADJUDGES** defendant Edward M. Watson guilty of Counts 1 and 2 of the Indictment.

**IT IS SO ORDERED.**

**DATE: September 13, 2011**

                                                        **/s/ WILLIAM D. STIEHL**
                                                                **District Judge**